# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147361

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARTIN T. TUDOR, JR.,
    Plaintiff-Appellant,

v

AUTOMOTIVE COMPONENT CARRIER,
INCORPORATED, PENSKE LOGISTICS,
INCORPORATED, and OLD REPUBLIC
INSURANCE COMPANY,
    Defendants-Appellees.

SC: 147361
COA: 311807
MCAC: 12-000010

_____/

   On order of the Court, the application for leave to appeal the May 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



t0923

            Clerk